# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Julie Dalton, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 24-cv-2718 DWF/DLM |
| TJX Companies Inc., The, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

  all claims between the parties are **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

Date: 11/7/2024                                                                                      KATE M. FOGARTY, CLERK